

# Fourth Court of Appeals
## San Antonio, Texas

January 15, 2015

No. 04-14-00555-CR

Robert **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 307125
Honorable Jason K. Pulliam, Judge Presiding

## O R D E R

On November 12, 2014, we abated this appeal and remanded it to the trial court to conduct a hearing. We ordered the trial court to determine whether Appellant was indigent, currently represented by counsel, or desires court-appointed counsel.

As ordered, the trial court held a hearing, determined Appellant was indigent, appointed counsel for appeal, and made findings of fact and conclusions of law. The trial court clerk and court reporter each filed supplemental records.

Our November 12, 2014 order is satisfied. We REINSTATE this appeal on this court's docket. Appellant's brief is due THIRTY DAYS from the date of this order. *See* TEX. R. APP. P. 31.1.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court